WITCO CHEMICAL CORPORATION v. THE
JOHANSEN COMPANY.

July 21, 1980.

Leave to appeal is granted and the matter is summarily remanded to the Superior Court, Appellate Division, with direction to reinstate plaintiff's cross-appeal and response and to permit the filing of a brief and appendix on the appeal and cross-appeal by plaintiff within 7 days of the filing date of this order, conditioned upon the payment to the Clerk of this Court of a $150 personal sanction, not chargeable to any client, by Stanley W. Kallman, Esquire.

IN THE MATTER OF MASON, GRIFFIN & PIERSON,
ATTORNEYS AT LAW, STATE OF NEW JERSEY.

July 21, 1980.

Petition for review of the Advisory Committee on Professional Ethics Opinion Number 452, entitled *Conflict of Interest—Municipal Prosecutor Partner of Municipal Planning Board Attorney*, is granted.

IN RE OPINION 452 OF THE ADVISORY COMMITTEE ON
PROFESSIONAL ETHICS.

July 21, 1980.

Petition for review of the Advisory Committee on Professional Ethics Opinion Number 452, entitled *Conflict of Interest—Municipal Prosecutor Partner of Municipal Planning Board Attorney*, is granted.